# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Tamara Seurkamp,
    Plaintiff,

vs.

Case No.1:12cv113

**Dlott, J.; Bowman, M.J.**

Sun Life Assurance Company of Canada
    Defendant.

# ORDER TO SET BRIEFING SCHEDULE[1]

The parties are ORDERED to confer and jointly file on or before **APRIL 30, 2012**, a briefing schedule in the above captioned ERISA matter. This schedule shall include:

1. Date by which Defendant will file Indexed Administrative Record: _____

2. Date by which Cross Motions for Summary Judgement should be filed: _____

3. Date by which Responses to cross motions are to be filed: _____

4. Date by which parties will file replies to the responses _____

*/s/Stephanie K. Bowman*
United States Magistrate Judge

---

[1] This is the Court's standard short-form ERISA order. If this case requires a full calendar please utilize the Rule 26(f) form from the Court's website.